UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LASHANE MORRIS                                        PETITIONER

v.                                              NO. 3:07-CV-P420-S

JOHN MOTLEY, WARDEN                           RESPONDENT

## ORDER

This matter is before the Court for preliminary review of LaShane Morris's *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, in which he challenges his state conviction. *See* FED. R. GOVERNING § 2254 CASES 4, 28 U.S.C. foll. § 2254. For reasons set forth in a Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** *sua sponte* that the petition is **DISMISSED** with prejudice;

**IT IS FURTHER ORDERED** that all other pending motions are **MOOT**;

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

DATE:

Copies to: Counsel of Record